Ryan J. Stevens (026378)
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Tel. (928) 226-0165
Fax (928) 752-8111
office@flagstaff-lawyer.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph Don Mount,<br><br>　　　　　Defendant. | No.  3:21-mj-04119-CDB<br><br>**MOTION FOR DEFENDANT AND COUNSEL TO APPEAR TELEPHONICALLY AT THE AUGUST 16, 2021 INITIAL APPEARANCE; AND ORDER** |

Defendant, Joseph Don Mount, by and through undersigned counsel, and undersigned counsel, respectfully move this Honorable Court for an Order allowing their telephonic appearance at the August 16, 2021, Initial Appearance for the following reason(s): The Parties are working extensively and cooperatively in their efforts to reach a non-trial resolution. At this time, that work is ongoing. Defendant, Mr. Mount, resides out of state. In furtherance of the facts that COVID-19 cases are currently surging, this case is not ready for entry of a non-trial resolution yet, and the provisions of the CARES Act, it is requested that Defendant and his counsel be permitted to appear by telephone as part of the legal community's continued COVID-19 mitigation efforts.

/ / / /

THEREFORE, based on the foregoing, Defendant, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order allowing for Defendant, Mr. Mount, and counsel to appear by telephone at the August 16, 2021 Initial Appearance.

RESPECTFULLY SUBMITTED this 10th day of August, 2021.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: office@flagstaff-lawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, I filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  */s/ Angelé Mead*
　　　Angelé Mead