**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** August 16, 2021 |
| **USA v. Joseph Don Mount** | **Case Number:** 21-04119MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns for Patrick Joseph Schneider
**Attorney for Defendant:** Ryan J. Stevens by telephone, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

Due to the ongoing COVID-19 pandemic, and in accordance with established CDC guidelines regarding public assemblies, parties appear by telephone. Defendant consents to proceed in this manner. Defendant appears by telephone.

**INITIAL APPEARANCE**
☒ Complaint Filed
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**DETENTION HEARING:**   ☐ Held  ☐ Continued  ☒ Submitted  ☐ UA
Court orders defendant remain released.
☒ Defendant is advised on the record. Order Setting Conditions of Release as set forth below.

 (1)  Defendant shall appear to answer and submit himself to all further orders and processes of the Court having jurisdiction in this case.
(2)  Defendant shall not commit any federal, state, or local criminal offense.
(3)  Defendant shall notify the Court of any change of address or telephone number and not leave the United States without permission of the Court.
(4)  Defendant shall promise to appear at all proceedings as required and to surrender for service of any sentence imposed.
(5)  Defendant shall not consume or possess excessive alcohol or any illegal drugs (The use or possession of marijuana, even with a physician's certification, is not permitted.).
(6)  Defendant shall be banned from the Grand Canyon National Park except to travel through any federal, state, or local highways and roads.
(7)  Defendant shall contact his attorney as his counsel requires.

**Status Hearing** set for Wednesday, September 29, 2021 at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **USA v.** Joseph Don Mount | **Date:** August 16, 2021 |
| **Case Number:** 21-04119MJ-001-PCT-CDB | Page 2 of 2 |

**Recorded By** Courtsmart  
**Deputy Clerk** Christina Hurley

IA    5 min  
DH   2 min

**Start:** 10:04 am  
**Stop:** 10:11 am