Ryan J. Stevens (026378)
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Tel. (928) 226-0165
Fax (928) 752-8111
office@flagstaff-lawyer.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph Don Mount,<br><br>　　　　　Defendant. | No. 3:21-mj-04119-CDB<br><br>**UNOPPOSED MOTION TO PERMIT OUT OF COUNTRY TRAVEL; AND ORDER** |

　　　　Defendant, Joseph Don Mount, by and through undersigned counsel, respectfully moves this Honorable Court for an Order allowing Mr. Mount to travel out-of-country from September 29, 2021 through October 9, 2021. Mr. Mount is requesting to travel to The Bahamas for a sailing trip with his father, Joe Mount, and his girlfriend, Contessa Mensink.

　　　　Mr. Mount and his family are longtime members of The Church of Jesus Christ of Latter-day Saints. Mr. Mount does not drink alcohol or use any substances. Mr. Mount and his father are both lifelong sailors. This requested trip is consistent with their responsible way of life. Mr. Mount provided his counsel with a very detailed itinerary, which was shared with the Government.

The Government, by and through Assistant U.S. Attorney Patrick Schneider, states no objection to the relief requested herein.

Furthermore, this requested trip will not interfere with the processing of this case. Mr. Mount consistently and actively works with undersigned counsel on this case. Counsel for both sides are working cooperatively to try to reach a non-trial resolution. It is the goal of the Parties to try to reach a non-trial resolution prior to the Status Hearing scheduled for September 29, 2021.

THEREFORE, based on the foregoing, Defendant Joseph Mount, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order allowing Mr. Mount to travel out-of-country from September 29, 2021 through October 9, 2021.

RESPECTFULLY SUBMITTED this 7th day of September, 2021.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
GRIFFEN & STEVENS LAW FIRM, PLLC
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: office@flagstaff-lawyer.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2021, I filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   */s/ Angelé Mead*
         Angelé Mead