Ryan J. Stevens (026378)
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Tel. (928) 226-0165
Fax (928) 752-8111
office@flagstaff-lawyer.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph Don Mount,<br><br>　　　　　Defendant. | No. 3:21-mj-04119-CDB<br><br>**UNOPPOSED MOTION TO CONTINUE STATUS HEARING; AND ORDER** |

Defendant, Joseph Don Mount, by and through undersigned counsel, respectfully moves this Honorable Court for an Order continuing the November 2, 2021 Status Hearing for the following reasons. Defense counsel, undersigned, is scheduled to be in a felony jury selection for a trial in Coconino County Superior Court, Division 1 (*State v. Jiron*) on November 2, 2021, which is anticipated to take a full day. That trial is scheduled to begin on November 2, 2021 and to be completed on December 3, 2021. In this matter, Mr. Mount is requesting a trial to be set. Undersigned counsel will confer with the Court's judicial staff and Assistant U.S. Attorney Patrick Schneider to discuss possible trial dates for this matter, with the expectation that such efforts may make the next hearing more efficient in terms of scheduling a trial.

Undersigned counsel avows that he contacted Assistant United States Attorney Patrick Schneider, who has no objection to the relief being requested herein.

THEREFORE, based on the foregoing, Defendant, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order continuing the November 2, 2021 Status Hearing.

It is expected that the excludable delay under Title 18 U.S.C. §3161(h) may occur as a result of this motion or from an order based thereon

RESPECTFULLY SUBMITTED this 29th day of October, 2021.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: office@flagstaff-lawyer.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2021, I filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   */s/ Angelé Mead*
         Angelé Mead