# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 3:21-mj-04119-CDB |
| Plaintiff, | |
| v. | **ORDER** |
| Joseph Don Mount, | |
| Defendant. | |

IT IS HEREBY ORDERED granting Defendant's Motion for Defendant and Defense Counsel to Appear Telephonically at the December 13, 2021 Status Hearing.

Counsel is directed to contact chambers for the conference call number.

Dated this 1st day of December, 2021.

*(signature)*
Camille D. Bibles
United States Magistrate Judge