**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 13, 2021 |
| **USA v. Joseph Don Mount** | **Case Number:** 21-04119MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns for Patrick Joseph Schneider
**Attorney for Defendant:** Ryan J. Stevens by telephone, Retained
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**STATUS HEARING:**
Defendant appears by telephone. Parties are requesting case be set for a 3-day Bench Trial.

**Motion Deadline:** March 11, 2022.
**Evidentiary Hearing** set for Wednesday, April 6, 2022 at 1:00 p.m. and **Bench Trial** set for Tuesday, April 12, 2022 at 10:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                                                 **SH**     9 min
**Deputy Clerk** Christina Davison

                                                                                                   **Start:  10:02 am**
                                                                                                   **Stop:   10:11 am**