Ryan J. Stevens (026378)
**GRIFFEN & STEVENS LAW FIRM, PLLC**
609 N. Humphreys Street
Flagstaff, Arizona 86001
Tel. (928) 226-0165
Fax (928) 752-8111
office@flagstaff-lawyer.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Joseph Don Mount,<br><br>          Defendant. | No. 3:21-mj-04119-CDB<br><br>**UNOPPOSED MOTION TO PERMIT OUT OF COUNTRY TRAVEL; AND ORDER** |

Defendant, Joseph Don Mount, by and through undersigned counsel, respectfully moves this Honorable Court for an Order allowing Mr. Mount to travel out-of-country from January 7, 2022 through January 21, 2022. Mr. Mount has spent the majority of his life involved in sailing and scuba diving. This request for travel is for the purpose of scuba diving with other responsible adults from Mr. Mount's church. The specific itinerary of the travel requested herein is:

    1/7/22 - Flight: Seattle to Ecuador

    1/8/22 - Flight: Ecuador mainland to Galapagos Islands (Ecuador)

    1/8/22-1/15/22 - Weeklong "liveaboard" (powerboat) scuba diving around the Galapagos Islands; 6 persons (Mr. Mount and 5 LDS church friends)

1/15/22 - Flight: Galapagos Islands to Peru

1/16/22 - 1/20/22 - Cusco, the Sacred Valley and Machu Picchu

1/21/22 - Flight: Peru to Seattle

Mr. Mount and his family are longtime members of The Church of Jesus Christ of Latter-day Saints. Mr. Mount does not drink alcohol or use any illicit substances. This Court previously granted Mr. Mount permission to travel out of the country, and Mr. Mount complied with said order at all times. Mr. Mount maintains regular contact with his attorney and has never failed to appear for a court hearing.

The Government, by and through Assistant U.S. Attorney Patrick Schneider, states no objection to the relief requested herein.

THEREFORE, based on the foregoing, Defendant Joseph Mount, by and through undersigned counsel, respectfully requests that this Honorable Court enter an Order allowing Mr. Mount to travel out-of-country from January 7, 2022 through January 21, 2022.

RESPECTFULLY SUBMITTED this 21st day of December, 2021.

Respectfully submitted,

*/s/ Ryan J. Stevens*
Ryan J. Stevens
AZ Bar No. 026378
GRIFFEN & STEVENS LAW FIRM, PLLC
609 N. Humphreys Street
Flagstaff, Arizona 86001
Telephone: (928) 226-0165
Facsimile: (928) 752-8111
Email: office@flagstaff-lawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Angelé Mead*
 Angelé Mead