# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 21-04119-MJ-PCT-CDB |
| Plaintiff, | |
| v. | **ORDER** |
| Joseph Don Mount, | |
| Defendant. | |

The Court having considered the Defendant's Unopposed Motion to Schedule Change of Plea Hearing and Request for Defendant to Appear by Telephone (Doc. 26), noting that the Government does not oppose the request, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting Defendant's Unopposed Motion and scheduling a Change of Plea Hearing for March 25, 2022 at 10:30 a.m. at 123 N. San Francisco Street, Flagstaff, Arizona.

**IT IS FURTHER ORDERED** that the defendant may appear telephonically for the hearing.  Prior to the hearing, the defendant's counsel shall reach out to chambers to obtain information about the Court's telephonic appearance procedures.  Additionally, to the extent that a plea goes forward, the defendant must have a copy of the plea in front of him

at the hearing and if probation is expected defense counsel is to provide defendant's contact information to the Federal Probation Office by March 22, 2022.

Dated this 21st day of March, 2022.

_____
Camille D. Bibles
United States Magistrate Judge